ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 6 2001
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

JAMAL ELHAJ CHEHADE §
Plaintiff §
§
v. §  Civil Action No:
§
§
ECFMG et al §  3 - 01CV1301 - L
Defendants §

## COMPLAINT

1) ECFMG et al (entities & individuals) violate the Tax laws & Fraud + Violation of the non profit status including 501 (c) (3) + contract + corruption

2) illegal seizure or retention of the plaintiff property, denial access to use + contract.

3) emotional distress + Alienation

4) Double Jeopardy

5) public nuisance

6) Interference with the plaintiff right to work.

Note: preliminary injunction is also demanded along other reliefs

Dated, this 6th day of July, 2001
Signature Dr Jamal Chehade
Print Name DR JAMAL ELHAJ CHEHADE
Address 5414 Cedar Springs #806
        Dallas TX 75235
Telephone* 214-521-7541

* (temporary out of service)