ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Dallas Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 6 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

DR JAMAL ELHAJ CHEHADE, Plaintiff §
§
§
§
vs. § CIVIL ACTION NO. _____
§
ECFMG et al §
§ 3 - 01 CV 1301 - L
Defendants §
§
§

## MOTION TO PROCEED IN FORMA PAUPERIS

I request permission to commence an action against the defendant named above without the payment of fees, costs or security. A proposed complaint is transmitted herewith.

In support of this motion I have attached the following:

1. Declaration in Support of Request to Proceed *In Forma Pauperis* relating to my inability to pay costs and fees.

2. Other material, if any.

   _I am a full time student_

Date: July 6-2001

Dr E.C. Jamal
Signature

5414 Cedar Springs #806
Street Address

Dallas Tx 75235
City, State   Zip Code

214-521-7541 *(out of service?)*
Phone Number

2



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

_DALLAS_ Division

JAMAL ELHAJ CHEHADE
PLAINTIFF

vs.

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

ECFMG et al
DEFENDANTS

I, JAMAL ELHAJ CHEHADE, declare, depose, and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ☐   No ☒

    a. If you answered **YES**, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b. If you answered **NO**, state the date of last employment and the amount of the salary and wages per month which you received.

    El Centro College, spring Semester 2001; work study program total 200-250 US$, pays 5.15 per hour

CONTINUED ON NEXT PAGE

2. Have you received, within the past 12 months, any money from any of the following sources?

|   |   |   |
|---|---|---|
| a. Business, profession or form of self-employment? | Yes ☐ | No ☒ |
| b. Rent payments, interest or dividends? | Yes ☐ | No ☒ |
| c. Pensions, annuities or life insurance payments? | Yes ☐ | No ☒ |
| d. Gifts or inheritances? | Yes ☐ | No ☒ |
| e. Any other sources? | Yes ☒ | No ☐ |

If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

I did settle a car accident case with 3000.00 USS, but it did not cover the expenses.

3. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐    No ☒

   If you answered **YES**, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, <u>automobiles</u>, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☒    No ☐

   If you answered **YES**, describe the property and state its approximate value.

   Ford Aspire 1995; salvage title, need repair.

- 2 -                                    CONTINUED ON NEXT PAGE

5. List the persons who are dependent upon you for support; state your relationship to those persons (father, mother, spouse, etc.); and indicate how much you contribute toward their support.

I used to help my father and my mother (ages 86 and 75 years old) I stopped doing it since 1998. when I lost my full time job.

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this __6th__ day of __July__, 19__2001__.

_____
Signature of Plaintiff

---

I hereby certify that the plaintiff herein has the sum of $ _____ on account to his/her credit at the _____ institution where he/she is confined.

I further certify that the plaintiff likewise has the following securities to his/her credit according to the records of said _____ institution:

_____
Authorized Officer of Institution

- 3 -