U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 19 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ENTERED
JUL 19 2001
U.S.D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ CHEHADE,<br>Plaintiff, | )<br>)<br>) |
| v. | ) No. 3:01-CV-1301-L |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>Defendant. | )<br>)<br>)<br>) |

ORDER PERMITTING PROCEEDING IN THE DISTRICT COURT
AND SPECIFYING FURTHER ACTION TO BE TAKEN BY THE CLERK
AND UNITED STATES MARSHAL

Pursuant to the provision of 28 U.S.C. § 1915, permission is hereby granted for the above named plaintiff(s) to proceed *in forma pauperis* in this Court until judgment is entered herein.

**The Clerk of the Court shall take the following indicated action:**

( )  A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record. No further process shall issue except upon further order of the Court.

( X )  A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record. The clerk shall issue summons for the defendants named below and deliver the summons and copies of all pleadings in the case to the U.S. Marshal. The U.S. Marshal shall serve the summons and copies of the pleadings and file a return of service in the case. Summons shall issue to the following defendant(s):

| Name | Address |
|---|---|
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES | 3624 Market Street, 4th Floor<br>Philadelphia, PA 19104-2685 |

It is further **ORDERED** that, at all times during the pendency of this action, plaintiff(s) shall immediately notify the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS." The notice shall contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**After docketing, this action shall be:**

( )   Referred to Magistrate Judge Paul D. Stickney for further proceedings and/or findings and recommendation.

( X ) Referred to a Judge of the District Court for further action as may be appropriate.

SIGNED this /8 day of July, 2001.

_____
UNITED STATES MAGISTRATE JUDGE