AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### Northern District of Texas

DR JAMAL ELHAJ CHEHADE

**SUMMONS IN A CIVIL CASE**

V.

Educational Commission for Foreign Medical Graduates (Known under various names) entities & individuals / ECFMG et al

CASE NUMBER:

TO: (Name and address of Defendant) ECFMG et al / president or vice president.
3624 Market street # 4th floor
Philadelphia PA 19104-2685

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DR EC JAMAL , pro-se.
5414 Cedar springs #806
Dallas Tx 75235

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**                                    JUL 19 2001

CLERK                                                  DATE

*Clair Larie*

(By) DEPUTY CLERK

(iss-1)  4

◈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
          Date                    Signature of Server

                         _____
                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.