**In the United States District Court for the Northern District of Texas**
**Dallas Division**

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.
Educational Commission for Foreign Medical Graduates
( entities and individuals) defendats

3:01-CV-01301

**Plaintiffs initial statement**
July 26th, 2001

    Pursuant to rule 8   FRCP aand according with the proceeding IFP this should serve as an initial statement
I

Pleas for jurisdiction

The plaintiff Jamal Elhaj Chehade is bringing this cause of actions against the defendants (entities and individuals) known as ECFMG et al, and such term thereafter mean all the ECFMG organizations, officials, assets and any name may have now and in the future. This cause of action meets the jurisdictional requirement of this court both over the parties and in subject matter and in relief requested, it meet the requirement in which the US is a real party of interest( Quitam doctrine) against the defendant28USC 1345 and 1348 in which the Us is a plaintiff party/,federal question  ad diversity under 28USC 1331 and 1332 all of which within the jurisdiction of this court and as preference Defendants must be served through any registered officials president /vice president/etc.. reside in 3624 Market Street 4th floor, Philadelphia Pa 19104-2685

II

The defendants include individuals and entities and assets and anything related to the defendants business will be referred to as ECFMG violated the US laws as stated in the plaintiff complaint, that due to space limitation the plaintiff included the charges only as

1- ECFMG violations of the non-profit laws and violations of contract and fraud ..including 501( C )(3), and tax  violations.

2- illegal seizure and retention of the plaintiff property, denial access to use and enjoy, contract

3- further aggravation of emotional distress and alienation

4- double jeopardy

5- public nuisance

6- interference with the plaintiff right to work
note: preliminary injunction is also demanded



1

**Certificate of service**: this is to certify that a true copy of the foregoing was sent to the defendant on the 26th July , 2001 via regular prepaid postage USPS and via facsimile transmission at  FAX 215-387-9963 and address  ECFMG  C/o president  or legal department at 3624 Market street 4th floor, Philadelphia, PA  19104-2685  aaaand another copy was sent via electronic mail to a known ECFMG  Co-Attorney  Mrs Susan Schwartz and via airmail regular USPS at 6688 N. Central Expressway #850 Dallas Texas 75206--3913,

       Respectfully Submitted
Dr Jamal Elhaj-Chehade, Pro-se, IFP
5414 Cedar Springs #806
Dallas, Texas 75235