**In the United States District Court for the Northern District of Texas**

**Dallas Division**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

(USA and )

Jamal Elhaj-Chehade

    Co- plaintiff

Vs.                                                                                                  3:01-CV-01301-L

Educational Commission for Foreign Medical Graduates

( entities and individuals) defendants

              Plaintiff's First motion for a change of Venues( or the alternatives).

              Sept, 4th 2001

   Comes now on this day , the plaintiff Jamal Ehaj-Chehade is filing his first motion for a change of venue9 or the alternatives) as follow:

1- this new case involves matters that are at the federal levels and matters that are non federal for which the plaintiff is entitled to bring them together
2- the case involves federal matters involving violations of the Tax Codes and acquisitions of federal and non federal benefits( or advantages) under false pretenses to further use the revenues generated by such advantages to further violate the laws and scamming the plaintiff, the people and the public, corruption. and by the defendants lack of complete compliance with their obligations toward the parties of interest.
3- The defendants subjected the plaintiff to the double jeopardy and unnecessary stress by creating the condition through other parties( USDC orders in case 3:99 CV-680-D/BC and the creation of the conditions that led to the legal matter (and aftermath) between the plaintiff and UTSW.
4- The case involves interference with the plaintiff right to work and progress and further alienation in various forms ( see also Flatow vs Iran). And by preventing the plaintiff to use his tools and assets or the alternatives.
5- the case involve matters that involves abuse by the defendants and that the defendants are now public nuisance aimed at creating segregation and divisions and lack of harmony in Texas and elsewhere in the USA.
6- aggravation of the plaintiff emotional distress by creating the current status and condition.



1

Wherefore premises considered, the plaintiff demands that upon consideration, this court allow the plaintiff to include the non-federal matters in this case, because the evidences are so intricate and somewhat slightly overlap, increasing the court efficiency and reduce cost and enhance the administration of Justice.

**Certificate of conference and service:**

This is to certify that the plaintiff contacted the defendants attorney Mr Barry Moscowitz via phone at 4:30 P.M on September 1, 2001 but no luck, and the plaintiff previously contacted Mr Moscowitz on August 30 and 31, 2001 via e-mail at 9;20 AM but the defendants attorney never replies, the plaintiff informed the defendants of his intention to file this motion and of his right to file a motion to add or amend in the future should new evidence warrant it.

This is also to certify that a true copy of the foregoing has been sent to the defendants via their attorneys Mr Moscowitz/Schwartz at 6688 N. Central Expressway suite # 850 Dallas, Texas, 75206-3913, via USPS regular mail as stamped on September 4th, 2001

Respectfully submitted,

Dr Jamal Elhaj-Chehade, pro-se( at this time), IFP, plaintiff

5414 Cedar Springs # 806 Dallas, Texas 75235.

2