Case 3:01-cv-01301-L   Document 18   Filed 09/28/01   Page 1 of 1   PageID 72

ORIGINAL
NORTHERN DISTRICT OF TEXAS
FILED
SEP 28 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ENTERED OCT 1 2001 U.S.D.C.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JAMAL ELHAJ-CHEHADE,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:01-CV-1301-L |
| | § | |
| **EDUCATIONAL COMMISSION FOR** | § | |
| **FOREIGN MEDICAL GRADUATES,** | § | |
| | § | |
| Defendant. | § | |

## MEDIATION ORDER

After reviewing the Joint Status Report filed in this case, the court has determined that this case is appropriate for mediation. The parties are therefore directed to participate in mediation by **March 29, 2002**. The parties shall appear before a mediator of their mutual choosing and participate in mediation. The mediator shall submit a report to the court within five days of the mediation.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of the mediator report form. Counsel shall be jointly responsible for ensuring that the mediator receives the form in a timely fashion. The mediator is ordered to return the form to the clerk of the court (not to the undersigned's chambers) in accordance with the clerk's instructions. The mediator's obligation to return the clerk's form is separate from the obligation to submit a report to the court.

It is so ordered this 28th day of September, 2001.

_____
Sam A. Lindsay
United States District Judge

Mediation Order - Solo Page