IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:01-CV-1301-L |
| § | |
| EDUCATIONAL COMMISSION FOR § | |
| FOREIGN MEDICAL GRADUATES, § | |
| § | |
| Defendant. § | |

## ORDER

Before the court is Plaintiff's Motion to Transfer, filed October 4, 2001. Plaintiff requests to transfer this case to the docket of United States Magistrate Judge Jane J. Boyle for possible consolidation with *Elhaj-Chehade v. ECFMG*, 3:99-CV-0680-BC. Magistrate Boyle entered a memorandum opinion and order in the aforementioned case January 4, 2001, granting summary judgment in favor of Defendant. Judgment was entered on January 10, 2001, dismissing Plaintiff's antitrust claims. Since that action is closed, the court cannot transfer this action for possible consolidation with one that no longer exists. Plaintiff's Motion to Transfer is hereby **denied**.

Plaintiff explains in his motion that Magistrate Judge Boyle has extensive knowledge of the background facts in the instant action because it has similar claims as the previous case. Plaintiff asserts that transferring this case to the docket of Magistrate Judge Boyle "will facilitate the possibility of settlement." Plaintiff's Motion to Transfer at 1. The court cannot transfer or reassign a case to another judge without good cause, and Plaintiff's motion does not show good cause to have this case reassigned to Magistrate Judge Boyle.

Order - Page 1

Plaintiff's motion also requests an extension of the amendment of pleadings deadline, currently November 30, 2001, to late May or early June 2002. The court believes that such an extension is too long because the parties should know well in advance of this date whether the pleadings need amending or additional parties should be joined. The court is willing, however, to extend this date to March 1, 2002. Accordingly, to this extent, Plaintiff's motion to extend the amendment of pleadings and joinder of parties deadline is **granted**, and this deadline as set forth in the court's scheduling order filed September 27, 2001, is hereby extended to **March 1, 2002**. This date is the only portion of the court's order of September 27, 2001, which is amended. All of the other deadlines in the court's scheduling order are unchanged and remain in effect.

**It is so ordered** this 5th day of October, 2001.

Sam A. Lindsay
United States District Judge

Order - Page 2