ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
OCT 2 4 2001
CLERK, U.S. DISTRICT COURT
By _____
                Deputy

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:01-CV-1301-L |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Motion to Reconsider the Transfer of this Case to Judge Boyle, filed October 22, 2001. Plaintiff's motion to reconsider is hereby **denied**.

**It is so ordered** this 24th day of October, 2001.

Sam A. Lindsay
United States District Judge

Order - Solo Page

