**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:01-CV-1301-L |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Motion to Add Judge Boyle as Co-Defendant and Transfer the Case 3:99-CV-0680-D/BC and Reopen it and Consolidate the Proceedings, filed November 16, 2001. After careful consideration, the court **denies** the motion for the following reasons:

Plaintiff previously filed a motion to transfer this action to the docket of United States Magistrate Judge Jane J. Boyle on October 4, 2001, for possible consolidation with *Elhaj-Chehade v. ECFMG*, 3:99-CV-0680-BC. Magistrate Boyle entered judgment on January 10, 2001, closing the aforementioned action, and this court entered an order on October 5, 2001, denying Plaintiff's motion to transfer. Plaintiff filed a Motion to Reconsider on October 22, 2001, which the court denied October 24, 2001. The court views the present motion as a second motion for reconsideration and notes that it argues similar issues denied in Plaintiff's earlier motions. It does not bring to the table good cause for the court to reconsider its two previous rulings. Accordingly, Plaintiff's Motion to Add Judge Boyle as a Co-defendant is hereby **denied**.

**Order - Page 1**



This is the third motion Plaintiff has filed requesting the court to add Magistrate Boyle to the present action, and the court has denied all three requests. The court grows weary of repeated requests to involve Magistrate Boyle in this action without new evidence to support such requests. Plaintiff is put on notice that *Magistrate Boyle will **not** become a part of this litigation.* The court strongly warns Plaintiff that if he continues to file such a request again or any other frivolous pleading, the court *will* impose sanctions that could include dismissal of this case and monetary sanctions personally against Plaintiff.

**It is so ordered** this 30th day of November, 2001.

Sam A. Lindsay
United States District Judge