Case 3:01-cv-01301-L   Document 27   Filed 12/12/01   Page 1 of 3   PageID 92



In the United States District Court for the Northern District of Texas
Dallas Division

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.
Educational Commission for Foreign Medical Graduates
( entities and individuals) defendants

3:01-CV-01301-L

**Plaintiff response to the court recent order**
December 11, 2001

Comes now on this date, this is the plaintiff response( comments) to the court recent order that was received 4 days ago as follow:

1- The plaintiff stands firms in his positions and allegations and denies that any of his lawsuits is frivolous whatsoever. The plaintiff clearly stated that the defendants clearly admitted to every element of every claim brought against them( see below details). And the court must never act as cover ups for the defendants.

2- The plaintiff asserts that he is entitled for reliefs regardless of whose name or format is listed as defendants, and that the ECFMG are the sole defendants liable for the matter for creating the charade and influencing the judges in all the previous proceedings by refusing to add the ECFMG as defendants in the cases brought against UTSW( see 3:98 CV 1622-P) and by refusing to consolidate them with 3: 99 680-D/BC( where repetitive change of judges occurred to cover ups for the defendants ECFMG) and where all orders entered in the matter were done under the influence and corruption of the defendants ECFMG( the orders violate the US Supreme laws of the land) whereby the ECFMG admitted to every element of every claim brought against them when they admitted to be supported by more than sixty thousands applicants each year( for the period 1993-1999) which means that millions of dollars each year were not included(fraudulently diverted and missing) as income when the defendants filed their income every year ( period 1993-1999) . the plaintiff may use any tax record of the defendants for any of the above mentioned years ( Prototype is 1997 ECFMG income tax filing and 1997 and 2001 ECFMG information directory-booklets).

3- Effective 1994, The ECFMG stopped issuing refunds for applicants. However the ECFMG fraudulently claims millions of dollars in refunds ( prototype 1997 income tax filing and ECFMG information booklet 1997 pages 2, 4, and 17 captioned as ECFMG Certification and application Form 100 S, and the booklet of 2001). Such refunds were never made to applicants, and such expenses were embezzled and diverted into mysterious accounts, and constitute fraud( inclusively in taxes) and deception against the plaintiff and the people. *( in 1994-1996, the plaintiff wrote the ECFMG several requests for refunds on behalf of



1

doctors applicants overseas who do not know English, but the ECFMG refused to give them any refund, this is one of the new evidences that prove that the plaintiff maintained a continuous contact with the defendants and that the case 3:99 CV 680-D/BC must be reopen for reconsideration based upon plenty of new evidences and development in the case).

4- The defendants exemptions and deductions were outrageously inflated such as the legal fees that were paid to various laws firms in Colorado and other states. And the questionable losses and investments that are outside the scope of matter for which the ECFMG were created. The funds in the ECFMG hands belong to the plaintiff welfare and benefits to be used in accordance with the defendant aims and missions and the defendants must never engage in activity and misallocate and waste such resources ( poor security investments, litigations, embezzlements, RICO, Conspiracy, price fixing, etc…). The misallocation of resources caused direct harm to the plaintiff.

5- The defendants also admitted to their fraud and deception in their lawsuit filed in USDC court in Greenville South Carolina case # 6:99-1676-24, captioned ECFMG vs. Teknology Laine and dr Badralsadat ( ECFMG initial complaint pages 5 and 20 when the defendant admitted to be for profit and that the ECFMG claim of being non-profit is fraudulent and deceptive for the sole purpose of acquiring federal and public assistance and benefits.

6- The plaintiff is labeled FMG for life and that the ECFMG does have a life-term obligations toward the plaintiff. The plaintiff was never created for the benefits of the defendants however the defendants were created to advance, promote, excel and benefit the plaintiff and these are facts.

7- The plaintiff is Never afraid and he will never yield to frivolous and unconstitutional (unlawful) court orders done by judges under the influence( 3;99 CV 680-D/BC and 3:98 CV 1622-P). The US Constitution allows for naming anybody as defendants. And the plaintiff will never cease to act until the defendants ( and their allies in the courts) end their abuse begin to respect the USA and its supreme laws, and the defendants( and their allies) stop their interference and intrusions into the plaintiff affairs and properly compensate the plaintiff for the losses and damages.

8- Under Texas laws, The ECFMG is liable for damages done to the plaintiff( trade, commerce, business, contract etc…) because the ECFMG transactions occurred with a person who is either a resident of Texas, or that person was physically present in Texas at any time of the process of transaction, or any part of the transaction involves( or pass through Texas) the use of a facility in Texas( Money order, Checking accounts). Therefore, The ECFMG policies and actions must

never violate any of Texas Laws when the ECFMG decide to engage into transaction with any person who may have any type or form of Texas connection.
9- What apply to Texas ( paragraph above) does also apply to other states and nations. The plaintiff may move in the future to other states to prosecute the defendants under any violation of any state law or statute. The plaintiff will attempt to prevent the defendants to conduct any business anywhere in the world until the ECFMG correct their conducts and award the plaintiff the reliefs he is entitled to as requested. The defendants must understand that they cannot buy every judge in the Nation or in the World.

  Wherefore, premises considered, the plaintiff prays that this court allows for the evidence hearing in which all parties are present and the evidences introduced and award the plaintiff the reliefs he is entitled to by jury and under the laws .
The plaintiff also certify under penalty of perjury that he will submit true copies of the evidences he listed above.

**Certificate of service**: this is to certify that a true copy of the foregoing was sent to the defendant on the 12th December, 2001 via regular prepaid postage USPS and via e-mail via their attorneys Mrs. Susan Schwartz and via airmail regular USPS at 6688 N. Central Expressway #850 Dallas Texas 75206--3913,

 Respectfully Submitted
 Dr Jamal Elhaj-Chehade, Pro-se, IFP
 5414 Cedar Springs #806
 Dallas, Texas 75235

3