**ORIGINAL**

In the United States District Court for the Northern District of Texas
Dallas Division

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.                                                                                  3:01-CV-01301
Educational Commission for Foreign Medical Graduates
( entities and individuals) defendants

**Plaintiff's motion to reaffirm his request for a face to face conference between the parties( or their representatives) before judge( or judges)**
February 19, 2002

Comes now on this date, the plaintiff is filing his affirmation for the request to face to face meeting schedule before judges be done before the end of the month of February 2002 because the plaintiff intend to file motion to amend the complaint before the deadline set forth by the court on March 1 , 2002 after the meeting.

The plaintiff affirms he will present all parties and the judges with the evidences and affirms the matters and issues in dispute should the need arise.

Wherefore, premises considered, the plaintiff prays that the meeting be done before the end of February 2002 as previously requested.

**Certificate of service**: this is to certify that a true copy of the foregoing was sent to the defendant on the 19th February , 2002 via regular prepaid postage USPS and via e-mail via their attorneys Mrs. Susan Schwartz and via airmail regular USPS at 6688 N. Central Expressway #850 Dallas Texas 75206--3913,

      Respectfully Submitted

      Dr Jamal Elhaj-Chehade, Pro-se, plaintiff, IFP

      5414 Cedar Springs #806

      Dallas, Texas 75235

1