IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 1 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

3/1/02
DATE

_____
JUDICIAL OFFICER

## NOTICE OF DEFICIENCY

Judge: **Lindsay**   Date: **2/28/02**
Case Number: **301cv1301-L**   Plaintiff: **Chehade**
Deputy Clerk: **M Phillips**   Telephone Number: **753-2200**

* * * * * * * * * * * * *

A(n) **Motion to Amend Complaint (complaint included)**
has been filed by **PLT** and is considered deficient in the areas(s) noted below:

____ 1. A civil cover sheet must be filed with the complaint. See LR 3.1(c).
____ 2. The document(s) must be in proper form. See LR 10.1.
____ 3. The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.
____ 4. A completed certificate of service as defined in F.R.C.P. 5(d) is required.
____ 5. Each separate document contained therein must be identified. See LR 5.1(c).
____ 6. The motion must include:
   a. ____ certificate of conference or inability to confer. See LR 7.1(b).
   b. ____ brief in support of motion. See LR 7.1(d) or LR 56.5(a).
   c. ____ proposed order. See LR 7.1(c).
   d. ____ documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6(a).
X 7. A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion. See LR 15.1.
____ 8. A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1.
____ 9. An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b).
____ 10. Additional copies are required. See LR 5.1(b).
____ 11. The attorney filing the pleading is not admitted to practice in this district. See LR 83.7.
____ 12. The document requires a separately signed certificate of interested persons. See LR 3.1(f), LR 7.4, or LR 81.1(a)(3)(D).
____ 13. Other _____

NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 8 2002
CLERK, U.S. DISTRICT COURT
By _____
            Deputy

**In the United States District Court for the Northern District of Texas**
**Dallas Division**

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.                                                                3:01-CV-01301-L
Educational Commission for Foreign Medical Graduates
Et al   entities and individuals) Defendants

Plaintiff's motion to amend the complaint. (complaint included)
February 28, 2002

I-Introduction

The plaintiff defines the use of ECFMG as the Educational Commission for Foreign Medical Graduates entities and individuals and includes all variant or alternative or equivalent names, persons, offices and properties and supporters and sponsors and endorsers of their activities or any other alternative.

II

Comes now on this date the plaintiff is filing his motion to amend the complaints as follow

Complaint.

1- The defendants abused the 501(3)© code, including scamming the U.S. government( a party of interest), the public(and the plaintiff) in taxes and fraud and embezzlements of funds and the inappropriate usage and misallocation of funds.

2- The defendants provoked the violations of the plaintiff's constitutional rights by their hired guns and other parties to influences, Exparte Communication and otherwise and influence the court as to deprive the plaintiff the due process and the proper protection of the laws and subjecting the plaintiff to double jeopardy and other clause and expost facto.( the plaintiff without waiving any right or claim, refrain from listing names as ordered by the previous court order)

3- The defendants **retaliated** against the plaintiff and stated through intimidation that they will continue to retaliate against the plaintiff for being **a whistleblower** and they stated that they will influence the court to deprive him any easy or proper access to the court by subjecting the plaintiff to extreme fees and bonds prior to filing any litigation in the future, and the defendants clearly stated their intention of future violation and retaliations and other actions against the plaintiff.

4- The defendants violated the terms and agreements and treaties and compacts and trades under which the defendants were created and under which they owe obligations toward the plaintiff and provoked the Courts and other parties in Texas and elsewhere to violates treaties and compacts that caused harms to the plaintiff.

5- The defendants( by or through third parties) were the cause and the provoking agents to the violation NAFTA agreement and other agreements( this should serve as a

1