ORIGINAL

**FILED MAR 27 2002**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
For The Northern District of Texas
Dallas Division

Alternative Dispute Resolution Summary

1. Civil action number: 3:01-CV-1301-L

2. Style of case: <u>Jamal Elhaj-Chehade</u> vs. <u>ECFMG</u>

3. Nature of suit: Breach of contract

4. Method of AR used: Mediation

5. Date ADR session was held: March 26, 2002

6. Outcome of ADR: Parties were unable to reach settlement

7. What was your total fee: $500

8. Duration of ADR: One hour

8. Please list persons in attendance:

Jerome Levy, Provider
Jamal Elhaj-Chehade, Plaintiff
Barry Moskowitz, Counsel for Defendant
Bill Kelly, Corporate representative

PLEASE PROVIDE THE NAMES, ADDRESSES AND TELEPHONE NUMBER OF COUNSEL ON THE REVERSE OF THIS FORM.

9. Provider information:

_____ (Signature)    Date:   March 26, 2002

Jerome S. Levy
Suite 3400, Bank One Center     Phone:  (214) 459-6440
1717 Main Street
Dallas, TX  75201

39