

**In the United States District Court for the Northern District of Texas**
**Dallas Division**

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.                                                                              3:01-CV-01301-L
**Educational Commission for Foreign Medical Graduates**
**(entities and individuals) defendants**

Plaintiff's preliminary list of evidences and witnesses

Comes on this date the plaintiff is filing his list of evidences and wittnsses as follow
The plaintiff list include but not limited to the following

### Expert witness and evidences

1-The plaintiff will use the Governmental or public records
2-The ECFMG defendants income Tax filings, the ECFMG publications and correspondences with the plaintiff or other persons
3-The defendants court records
4-The National resident Matching Program correspondences, printout, documents and publications
5-The defendants ECFMG website www.ecfmg.org
6- DR Badri Madani the owner of the website www.ecfmg.com and its content that resulted in the case ECFMG vs. Teknology Laine and Bradralsadat case USDC 6:99-1676-24 and this case
7-Personnel Of ECFMG/ Dennis Donohue, William Kelly, Dr Nancy Gary
8-Dr Edward Johnson and Dr Joshi , and other personnel at UTSW of UT Southwestern Medical center at Dallas?Parkland.
9-Ms Susan Schwartz, Barry Moscowics, Jason Kipness and other attorneys for ECFMG and for UTSW
Others as they may become available
10-Mr John Killian Dallas
11-Court cases 3:99 CV-680-D and other proceedings against UTSW
12-Websites for UTSW and others
13-And correspondences in any form, between the plaintiff and other parties.
14- depositions in the cases against UTSW and ECFMG
15- the plaintiff will testify upon the nature of the defendants, their aims and missions, and duties and their practices, what constitute a plaintiff's need? And what the defendants other agenda?.

### Probable witness

1-Dr Badri other website in the e-groups.
2-Dr Daniel Klage, the founder of the website www.maxpages.com/bestdoctors
3-Judge Boyle will testify upon the circumstance she inherited the case 3:99-CV-680-D
4-AMA publications, directories. Journals, newspapers, websites



5- depositions that the plaintiff intends to take once the appointment of a counsel is granted.
6- others as they become available
7- Mr Jerome Levy( if needed, the plaintiff told him so)

**Certificate of service and Conference**: this is to certify that this filing was done after the telephonic conference and notice of April 11, 2002 at 1303 Hour Dallas time between the plaintiff and the defendants attorney Mr Moscowics and with the defendants attorney via e-mail that a true copy of the foregoing was sent again to the defendants attorney Mrs. Susan Schwartz at 6688 N Central Expway # 850 Dallas Texas 75206-3913 on the day of Friday April 12, 2002 via USPS and e mail to the defendant attorney

                              Respectfully submitted to the Honorable Judge Sam Lindsey
  Plaintiff Dr Jamal Elhaj-Chehade, pro-se( at this time) and IFP
  5414 Cedar Springs# 806 Dallas, Texas 75235.
Plaintiff's e mail **heyjam7@yahoo.com**