In the United States District Court for the Northern District of Texas
Dallas Division

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.                                                                                      3:01-CV-01301-L
Educational Commission for Foreign Medical Graduates
(entities and individuals) defendants

## Plaintiff's Notice of Urgency
### April 12, 2002

This should serve as a preliminary letter to the clerk or the appropriate person regarding the Urgency of this motion . the plaintiff is thereby asking the Clerk to Urgently forward one copy of this foregoing motion (and its brief and order) to the Honorable Judges Sam Lindsey and to the Magistrate Judge Paul D. Stickney as required by the court order dated April 3, 2002

                     Respectfully submitted
  Plaintiff Dr Jamal Elhaj-Chehade, pro-se( at this time) and IFP
  5414 Cedar Springs# 806 Dallas, Texas 75235.
Plaintiff's e mail **heyjam7@yahoo.com**