ORIGINAL

In the United States District Court for the Northern District of Texas
Dallas Division

(USA and )
Jamal Elhaj-Chehade
  Co- plaintiff
Vs.                     3:01-CV-01301-L
Educational Commission for Foreign Medical Graduates
(entities and individuals) defendants

---

 Plaintiff's Notice for Urgent Forwarding to The Honorable Judges Sam Lindsay and Magistrate Judge Paul Stickney
         May 7, 2002

Dear Clerk
 Please forward Urgently a copy of the foregoing to the Honorable judges Paul Stickney as ordered by the Honorable judge Sam Lindsey.

 Respectfully submitted
 Dr Jamal E Chehade, pro-se( tentatively) IFP, Plaintiff