IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE,<br>Plaintiff, | § § § | |
| vs. | § | Civil Action No. 3:01-CV-1301-L |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>Defendant. | § § § § | |



### ORDER

By Order of Reference, the United States District Court referred *Plaintiff's Motion for an Emergency Hearing in the Courtroom for the Assessment of the Plaintiff's Needs as a Pro-Se, and Plaintiff's Supplemental Request to Vacate the Court Order Dated April 29, 2002*, to the undersigned United States Magistrate Judge for hearing, if necessary, and for determination.

Having reviewed Plaintiff's Motion, the Court has determined that it is without merit and should be denied. In his Motion, Plaintiff states that since there was no hearing held regarding his previously filed Motion to Appoint Counsel, the Order denying the appointment of counsel "is thus deemed null, void, and must be [v]acated immediately." Plaintiff also moves for "removal of the judges." These allegations are completely without merit. This Court is not required to hold hearings on each motion that is filed, as many motions can be decided on the pleadings alone, as was the case with Plaintiff's previously filed motion. Further, this Court has already entered its Order denying the appointment of counsel in this case, and Plaintiff has presented no new or compelling reasons for reconsideration. Finally, Plaintiff cites no valid reasons for his request to "remove" the judges assigned to this case.

It is therefore ORDERED that *Plaintiff's Motion for an Emergency Hearing in the Courtroom for the Assessment of the Plaintiff's Needs as a Pro-Se, and Plaintiff's Supplemental Request to Vacate the Court Order Dated April 29, 2002*, is DENIED.

Plaintiff is again cautioned that accusations regarding ex parte communications between the Court and other parties is improper, and should immediately cease.

**SO ORDERED** this 22 day of May, 2002.

_____
PAUL D. STICKNEY
United States Magistrate Judge

Page -2-