IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE,<br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>Defendant. | §<br>§<br>§<br>§   Civil Action No. 3:01-CV-1301-L<br>§<br>§<br>§<br>§ |



## ORDER

By Order of Reference, the United States District Court referred *Plaintiff's Response to the Court Order dated April 29, 2002 and the Plaintiff* [sic] *Countermotion for an Emergency Assessment of the Plaintiff's Needs and Accommodations*, dated May 3, 2002, to the undersigned United States Magistrate Judge for hearing, if necessary, and for determination.

Having reviewed Plaintiff's Motion, the Court has determined that it is without merit and should be denied. It is therefore ORDERED that *Plaintiff* [sic] *Countermotion for an Emergency Assessment of the Plaintiff's Needs and Accommodations*, dated May 3, 2002, is DENIED. It is further ordered that all relief requested in *Plaintiff's Response to the Court Order dated April 29, 2002*, is hereby DENIED.

Plaintiff is further cautioned that accusations regarding ex parte communications between the Court and other parties is improper, and should not continue.

**SO ORDERED** this 22 day of _____, 2002.

PAUL D. STICKNEY
United States Magistrate Judge

Page -1-