ORIGINAL

**In the United States District Court for the Northern District of Texas**
**Dallas Division**

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.                                                                             3:01-CV-01301-L
Educational Commission for Foreign Medical Graduates
Et al   entities and individuals) Defendants

**Plaintiff's notice to amend typographical errors(motion) in his filing dated May 29, 2002 as motion for summary judgment and brief( with preliminary appeal**
May 31, 2002

Comes now on this date May 31, 2002 the plaintiff is filing his notice/motion (or the alternatives) to amend and correct the typographical /printing ( or the alternatives) errors existing in his filing  on May 29, 2002 pages 6 ( paragraph 5) and page 8) paragraph 3 bottom of page) as follow

1- the error  on page 6 occurred while typing and it  consists of missing words in the motion for summary judgment: On page 6( paragraph #**5** of the Main title **"Explanation"** which starts as {the defendants failed to use the minimum of sixty percent…}  the correction consist of omitted words to make sense of the sentence that are highlighted as **BOLD  FONT** below ,as follow: the statement should read as:" plaintiff suffered injuries as a potential provider etc.. as a consumer( the plaintiff cannot afford the **healthcare** he needs etc… and he was unable **to find any full time job** etc… and as a public ( the plaintiff was subjected … **and suffered as a taxpayer** etc…

2- the error on page 8 also occurred under same conditions and it consists of missing words( to make sense, however) it occurred on page 8  under the headline of the plaintiff's claim, paragraph 3 which starts as: " the plaintiff rejects the court claim….the correct statement should read  as: " The plaintiff rejects the court claims that **his requests from** the defendants do not have a merit or evidence etc…"

**The significance of the correction**

The plaintiff asserts that The correction of the missing words  does not have any major significance; in other words, if correction is not made, the judgment is still inevitable into the plaintiff's favor because the evidence against the defendants are overwhelmingly and explicitly clear as to render judgment in favor of the plaintiff. However, the matter stresses the *needs* and the *benefit*s for oral hearings in the court room before any order or judgment to eliminate any misunderstanding or misspelling. The plaintiff repeatedly requested such hearing in the **presence of all parties in the courtroom and he  is hereby reaffirming his requests again.**

Facts

1

1- The defendants admitted to the US Government and the public to owe the plaintiff a life-term duty to identify his <u>NEEDS</u> and meet them, and to promote his <u>interests,</u> and promote his <u>advancement and his excellence,</u> and to expand his <u>opportunities</u> and to <u>maximize his benefits</u> and to assist him and provide him with <u>useful information</u> etc…( see motion for summary judgment all exhibits A5 and A7 and B1 b5 and B6 and their tax form type.)

3- the plaintiff asserts that the evidences against the defendants are self explanatory and judgment must be rendered into the plaintiff's favor. The defendants have made their language clear of their unwillingness to recognize, identify or meet the plaintiff's needs. The defendants did not promote any excellence or advancement of the plaintiff's and his IME. The defendants supply of information was useless. The defendants did not offer the plaintiff any benefit( and much less maximizing his benefits as obligated). The defendants did not serve any of the plaintiff interest. The defendants did not comply with the conditions required to be exempt or non-profit. The defendants admitted to be for profit( in treble amount and level) and its claim as non-profit and name are frivolous, scam, fraud and deceptive etc…The defendants have proven to be **unfi**t to identify or meet the plaintiff's NEEDS.

4- The defendants have made their language and actions and practices clear by their readiness and willingness to exploit the plaintiff and take advantage of him( including being a pro-se). to exploit the plaintiff or to take advantage of him constitutes the OPPOSITE of identifying or meeting the plaintiff's NEEDS. Therefore the plaintiff's claims do have merit and judgment must be into the plaintiff's favor.

**Demands**

The plaintiff is hereby requesting that the court be aware of the correction( and recommend the use of this filing in conjunction with plaintiff's motion for summary judgment filed May 29, 2002) and that the court approves plaintiff's requests for oral hearing before the judges( and/or jury) be done in the presence of all parties as to promote a true, and unbiased, and non-prejudicial proceeding to all parties including the plaintiff. The selective biased proceeding in favor of the defendants must cease immediately because the evidence are clear against the defendants and judgment must be into the plaintiff's favor.

**Certificate of service** : this is to certify that a true copy of the foregoing was sent to the defendants attorneys Mark Robert and Susan Schwartz via e-mail as an attachment and via USPS regular mail at their address of record via USPS regular prepaid mail on May 31, 2002 to the address 6688 N Central Expressway# 850, Dallas, Texas 75206-3913.

Respectfully submitted
Dr Jamal Elhaj_chehade, pro-se( tentatively), plaintiff
5414 Cedar Springs # 806
Dallas Texas 75235
e-mail <u>heyjam7@yahoo.com</u>

2