IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 3:01-CV-01301-L |
| FOREIGN MEDICAL GRADUATES, | § | |
|     Defendant. | § | |

### DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES MOTION FOR SUMMARY JUDGMENT

Educational Commission For Foreign Medical Graduates ("ECFMG"), Defendant in the above-entitled and numbered cause, files this Motion For Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.2 and 56.3 of the Rules for the Northern District of Texas and seeks the dismissal of all of Jamal Elhaj-Chehade's ("Chehade") claims against it. In support thereof, ECFMG would respectfully show this Court as follows:

    1.    Pursuant to Local Civil Rule 56.3(b), the summary of argument and legal and factual grounds in support thereof are that 1) Chehade's claims Chehade's causes of action for "illegal seizure" and "double jeopardy" fail to state claims upon which relief can be granted; 2) a final judgment in a prior suit bars all of Chehade's claims under the doctrine of res judicata; 3) all of Chehade's claims are barred under the applicable statutes of limitation; 4) Chehade lacks standing to assert a claim under 501(c)(3) of the Tax Code; and 5) Chehade cannot raise a question of fact on any of his causes of action. These grounds are set forth in greater detail in the ECFMG's Brief In Support of Motion For Summary Judgment filed contemporaneously with this document, and is incorporated herein by reference.

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES MOTION FOR SUMMARY JUDGMENT** - Page 1

2.     Pursuant to Local Civil Rule 56.3 (a)(3), ECFMG will rely on the separately filed Appendix in Support of Motion For Summary Judgment, all of which is incorporated by reference into this Motion for Summary Judgment.

## PRAYER

ECFMG prays that the Court grant this Motion For Summary Judgment as to all of Plaintiff's claims against it. ECFMG also prays that the Court order any and all other relief to which it may show itself justly entitled.

Respectfully submitted,

By: _____
Susan Abbott Schwartz
State Bar No. 00797900
Barry A. Moscowitz
State Bar No. 24007493
Mark C. Roberts II
State Bar No. 00788293

HENSLEE, FOWLER, HEPWORTH
 & SCHWARTZ, L.L.P.
6688 N. Central Expressway, Suite 850
Dallas, Texas 75206
(214) 219-8833
(214) 219-8866 – Fax

**ATTORNEYS FOR DEFENDANT
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this ___3rd___ day of June, 2002, a true and correct copy of the above and foregoing document was served upon the following party appearing *pro se* of record via certified mail, return receipt requested:

Jamal Elhaj-Chehade
5414 Cedar Springs, #806
Dallas, Texas 75235
(214) 521-7541

*Certified Mail, Return Receipt:* 7000 1670 0001 6131 1242

_____
Mark C. Roberts II

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL
GRADUATES' MOTION FOR SUMMARY JUDGMENT - Page 3**