ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

J V 1 0 2002

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 3:01-CV-01301-L |
| FOREIGN MEDICAL GRADUATES, | § | |
| Defendant. | § | |

## EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES MOTION FOR MORE DEFINITIVE STATEMENT OR, IN THE ALTERNATIVE, RESPONSE TO CHEHADE'S MOTION FOR SUMMARY JUDGMENT

Educational Commission For Foreign Medical Graduates ("ECFMG"), Defendant in the above-entitled and numbered cause, files this Motion for More Definitive Statement or, in the Alternative, Response to Chehade's Motion For Summary Judgment. In support thereof, ECFMG would respectfully show this Court as follows:

1.       Pursuant to Federal Rule of Civil Procedure 12(e), ECFMG contends that Chehade's Motion for Summary Judgment is so vague and ambiguous that it cannot reasonably frame a responsive pleading thereto. Therefore, ECFMG requests that this Court order Chehade to replead his Motion for Summary Judgment in greater conformity with the Rules of Civil Procedure so that ECFMG may more adequately form a responsive pleading.

2.       In the alternative, and in an abundance of caution, ECFMG will attempt to respond to Chehade's Motion for Summary Judgment to the extent that ECFMG is able to make sense of such Motion.

3.       Pursuant to Local Civil Rule 56.3 and 56.4, ECFMG will rely on the separately filed Brief In Support of Motion for More Definitive Statement or, in the Alternative, Response to Chehade's Motion For Summary Judgment as well as its separately filed Appendix in Support

68

Motion for More Definitive Statement or, in the Alternative, Response to Chehade's Motion For

Summary Judgment, all of which are incorporated by reference into this Motion and Response.

**PRAYER**

ECFMG prays that the Court grant order Chehade to replead his Motion For Summary

Judgment or, in the alternative, deny his Motion for Summary Judgment in its entirety. ECFMG

also prays that the Court order any and all other relief to which it may show itself justly entitled.

Respectfully submitted,

By:_____
Susan Abbott Schwartz
State Bar No. 00797900
Barry A. Moscowitz
State Bar No. 24007493
Mark C. Roberts II
State Bar No. 00788293

HENSLEE, FOWLER, HEPWORTH
 & SCHWARTZ, L.L.P.
6688 N. Central Expressway, Suite 850
Dallas, Texas 75206
(214) 219-8833
(214) 219-8866 – Fax

**ATTORNEYS FOR DEFENDANT
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES**



## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of June, 2002, a true and correct copy of the above and foregoing document was served upon the following party appearing *pro se* of record via certified mail, return receipt requested:

Jamal Elhaj-Chehade          *Certified Mail, Return Receipt:*  7002 0510 0004 4353 3706
5414 Cedar Springs, #806
Dallas, Texas  75235
(214) 521-7541

_____
Mark C. Roberts II

K:\35200\02\PLDGS\Reply to C's msj.doc

**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES MOTION FOR MORE DEFINITIVE STATEMENT OR, IN THE ALTERNATIVE, RESPONSE TO CHEHADE'S MOTION FOR SUMMARY JUDGMENT - Page 3**