ORIGINAL

Case 3:01-cv-01301-L   Document 76   Filed 06/24/02   Page 1 of 1   PageID 305

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 4 2002
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 3:01-CV-1301-L |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | § |
| Defendant. | § |

### ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Defendant's Motion for Sanctions,** filed **June 21, 2002,** is hereby **referred** to United States Magistrate Judge **Paul D. Stickney** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" - not to the district judge or court, and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach him without delay.

**It is so ordered** this 24th day of June, 2002.

Sam A. Lindsay
United States District Judge

**Order of Reference - Solo page**

