# In the United States District Court for the Northern District of Texas
## Dallas Division

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.                                        3:01-CV-01301-L
Educational Commission for Foreign Medical Graduates
Et al   entities and individuals) Defendants

   Plaintiff's notice to the court reaffirming his emergency request for a preliminary injunction regarding the defendants continuous violations
July1, 2002

Comes now on this date the plaintiff is filing this urgent notice to the court as follow:

### FACTS

1- The defendants admitted to the US Government that they exist for the purpose and role to identify the plaintiff's **needs** and meet those needs and to promote his excellence and advancement, and provide him with the requested information and to maximize his benefits and to serve his best interests and to expand his opportunities etc….

2- The plaintiff cannot apply/obtain his license or obtain an employment or advance in his life unless after the defendants fully and satisfactory identify and met the plaintiff's needs—therefore the defendants are taking the plaintiff as a hostage and the defendants are thus liable for any delay in the advancement of the plaintiff etc…

3- The plaintiff suffered all unjust treatment by the courts. The court delayed the initiation of proceeding in the case 3;99-CV-680-D for **nine months** making it useless and **unprosecutable-see footnote at the end**(??!! Limitations…) and the proceeding did not occur until the plaintiff **was coerced** to consent before a Magistrate judge..- therefore the case 3:99-CV-680-D officially did not exist and the **proceeding was made to look like everything was legal**--- Therefore this court does have a duty to compensate for the injustice done to the plaintiff by stopping and limiting the injuries and promoting the reversal or the healing process as soon as possible, and by stooping the defendants continuous violations. Simply the defendants must never have a free hand violating the laws.

4- The court in the previous cases acted with a predetermined and pre known decision( meaningless) and the defendants attorney admitted on April 11, 2002 at 1:03 PM to the long existing exparte communication between his client and the court(?)that everything is predetermined and already taking care of with the court between the defendants and the court—it is shocking and unconceivable.

5- The plaintiff asserts that all his current injuries so far are still reversible upon the defendants start properly identifying and meeting the plaintiff's needs- the only thing that is irreversible are loss of lives- luckily none so far, and the plaintiff is



1

asking the court to make the defendants stop their tampering with the plaintiff's life- it is a known fact that stress shorten lifespan and it is unhealthy.

6- The plaintiff asserts that the sooner the defendants start identifying and meeting the plaintiff's needs, the easier the reversibility of the plaintiff damages. Therefore the plaintiff is asking for a preliminary partial emergency reliefs pertaining to start identifying and meeting of the plaintiff's needs and promote his advancement etc…Such reliefs do not necessarily require a trial. There is no purpose to keep the plaintiff as a hostage etc...

7- The plaintiff demanded that the defendants start identifying and meeting the plaintiff's needs before July 2002, but none so far. Which clearly provide evidence against the defendants violations. The delay beyond July constitutes an extra year loss for the plaintiff.

8- Whatever arguments and discussing and excuses by the court and the defendants. THERE IS NO ALTERNATIVE or exemption: **THE DEFENDANTS MUST IDENTIFY AND MEET THE PLAINTIFF"S NEEDS etc.. and this is a plaintiff's right. Even assuming that the defendants prevail in all the litigations, then what is next? Next is to identify and meet the plaintiff's needs because there is no escape. And the sooner they comply the better for all parties.**

9- The plaintiff is entitled to have urgent relief: urgent relief regarding the plaintiff's needs will remove the stress from the plaintiff and expedite the process of healing and serve the plaintiff and the public/community best interests and it will also serve the defendants interests by reducing their liabilities---- and the plaintiff does have a meritous claims and prevailing case since evidence speak for themselves against the defendants into the plaintiff's favor.

10- The court ordering such relief is an urgent request- other matters can wait in decision.

11- The plaintiff is asking this court to stop the violations of the defendants who made it clear of their INTENTION TO RETALIATE against the plaintiff

12- ALL the defendants legal gains constitute evidence of the defendants unjust enrichment( this cause of action) and the plaintiff is filing his counterclaims against every claim by the defendants in treble amount.

> The plaintiff asking this court to concentrate upon the meaning of this litigation and not over any other less relevant issues- There is **a great difference** between the violations of the defendants( who constantly and arrogantly brag about their repetitive and ongoing and lack of respect of the US laws) and the involuntary struggling behavior of other parties( plaintiff) who have shown their allegiance to the US and its laws. The court must focus its attention on the **ORIGINAL SINS**( defendants violations).

2

**Therefore the plaintiff is asking this court to consider the plaintiff preliminary request to render judgment that will prompt the defendants to expedite their identifying and meeting of the plaintiff needs and to prevent their attempt to retaliate, thereby expediting the healing process by stopping the progression and reversing the damages done. The court does have a duty to do so.**

**Certificate of service** : this is to certify that a true copy of the foregoing was sent to the defendants attorneys Mark Robert and Susan Schwartz via e-mail as an attachment and via USPS regular mail at their address of record via USPS regular prepaid mail on July1, 2002 to the address 6688 N Central Expressway# 850, Dallas, Texas 75206-3913. also the plaintiff asserts under penalty of perjury that all statement by the plaintiff or attached exhibits is true and correct to the best of the plaintiff's knowledge. And that a true copy has been forwarded to both honorable judges Lindsey and Stickney. And that another follow up request to identify and meet the plaintiff's needs was sent to the defendants and their attorney both via FAX, email and USPS regular on June 27,2002- and the plaintiff spoke with defendants attorney Mark Robert on June 11, 2002 at 1:45 PM asking him to have his clients identify and meet the plaintiff's needs

---

FOOTENOTE:[1] The court, on early January 1999 through bias, refused the plaintiff request to include the ECFMG as co-defendants in the case 3:98-CV-1622-P, the plaintiff brought 3:99-CV-680-D shortly( because of statute of limitation) and demanded **expedite** proceeding so he will consolidate the cases. But the proceeding did not occur until **nine months** later(making it unprosecutable due to statute of limitation run out by delay), with repetitive questionable changes of judges to cover the traces, and only when the plaintiff consented **under threat and duress** to proceed before a Magistrate judge.-afterward, the plaintiff repetitive attempts to consolidate the matters were unsuccessful- see also writ of certiorari USSP# 00-9148- it is sickening and shameful how judges acted like cheerleaders for the defendants violations of the law while denying the plaintiff any meaningful access to the court.- the court conduct becomes more questionable when the defendants attorney **arrogantly** admitted April, 11, 2002 at 1:03 PM to the long existing Exparte communication with the court .and in circumstances where millions of dollars are missing from the defendants income( see plaintiff's motion for summary judgment filed on May 29, 2002)- it is unconceivable and the plaintiff had to endure the stress and the scam

Respectfully submitted
Dr Jamal Elhaj_chehade, pro-se( tentatively), plaintiff
5414 Cedar Springs # 806
Dallas Texas 75235
e-mail heyjam7@yahoo.com

3