ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2002
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE,<br>    Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>    Defendant. | CIVIL ACTION NO.<br><br>3:01-CV-01301-L |

### DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' REPLY TO CHEHADE'S COUNTERMOTION FOR SANCTIONS

Defendant, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES ("ECFMG"), in the above-entitled and numbered cause, files this Reply to Chehade's Countermotion For Sanctions. In support thereof, ECFMG would respectfully show this Court as follows:

1. On or about July 9, 2002, Chehade filed "Plaintiff's response to the defendants filing and the plaintiff countermotion for sanction until the plaintiff needs are identified/met." (hereinafter "Chehade's Countermotion"). ECFMG opposes Chehade's Countermotion and ECFMG files this Response to avoid any implication that ECFMG agrees to Chehade's Countermotion by failing to file a response.

2. ECFMG contends that the merits of the relief requested in Chehade's Countermotion have already been presented to this Court in the following motions and their applicable responses all of which are currently pending before this Court:

    a.    Chehade's Motion for Summary Judgment.

    b.    ECFMG's Motion for Summary Judgment.

    c.    ECFMG's Motions for Sanctions.

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES'
REPLY TO CHEHADE'S COUNTERMOTION FOR SANCTIONS** - Page 1

3. ECFMG believes that these filings adequately address the issues presented in Chehade's Countermotion and further briefing will not benefit this Court. Therefore, ECFMG incorporates those pleading herein by reference.

4. ECFMG prays that the Court deny all relief requested by Chehade.

> Respectfully submitted,
>
> HENSLEE, FOWLER, HEPWORTH & SCHWARTZ, L.L.P.
>
> By: _____
> Susan Abbott Schwartz
> State Bar No. 00797900
> Mark C. Roberts II
> State Bar No. 00788293
>
> 6688 N. Central Expressway, Suite 850
> Dallas, Texas 75206
> (214) 219-8833
> (214) 219-8866 – Fax
>
> ATTORNEYS FOR DEFENDANT
> EDUCATIONAL COMMISSION FOR
> FOREIGN MEDICAL GRADUATES

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of July, 2002, a true and correct copy of the above and foregoing document was served upon the following party appearing *pro se* of record via certified mail, return receipt requested:

Jamal Elhaj-Chehade
5414 Cedar Springs, #806
Dallas, Texas 75235
(214) 521-7541

*Certified Mail, Return Receipt: 7002 0510 0004 4353 4284*

_____
Mark C. Roberts II

K:\35200\02\pldgs\reply to C's motion for sanction.doc

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES'
REPLY TO CHEHADE'S COUNTERMOTION FOR SANCTIONS - Page 3**