ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAL ELHAJ-CHEHADE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 3:01-CV-01301-L |
| FOREIGN MEDICAL GRADUATES, | § | |
| Defendant. | § | |

### DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' EXHIBIT LIST AND DEPOSITION TESTIMONY

COMES NOW **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES ("ECFMG")**, Defendant herein, makes the following pre-trial disclosures:

1. **DEFENDANT'S WITNESSES WHO WILL APPEAR BY DEPOSITION:**

   None.

2. **DOCUMENTS OR EXHIBITS THAT DEFENDANT EXPECTS TO OFFER:**

   a. Affidavits of William C. Kelly
   b. Plaintiff's application to take the FMGEMS Part I & II in July of 1985.
   c. Results of ECFMG examination on July 23-24, 1985.
   d. Results of ECFMG examination on January 21-22, 1986.
   e. Results of ECFMG examination on July 22-23, 1986.
   f. Results of ECFMG examination on January 20-21, 1987.
   g. Results of ECFMG examination on July 21-22, 1987.
   h. Results of ECFMG examination on January 19-20, 1988.
   i. Results of ECFMG examination on July 19-20, 1988.
   j. Results of ECFMG examination on January 24-25, 1989.
   k. Letter to Plaintiff from Ray L. Casterline, M.D. regarding certification requirements.
   l. Letter from Plaintiff to ECFMG dated April 26, 1989.
   m. Letter from ECFMG to Plaintiff dated June 8, 1989.
   n. Letter from Plaintiff to ECFMG received by ECFMG on June 19, 1989.
   o. Letter from ECFMG to Plaintiff dated August 11, 1989.
   p. Letter from Plaintiff to ECFMG received by ECFMG on August 21, 1989.

| | |
|---|---|
| q. | Letter from ECFMG to Plaintiff dated August 24, 1989. |
| r. | Memorandum of Telephone Call or Office Visit dated March 2, 1990. |
| s. | Memorandum of Telephone Call or Office Visit dated May 7, 1990. |
| t. | Letter from ECFMG to Plaintiff dated May 17, 1990. |
| u. | Letter to Plaintiff from ECFMG identified as "APP052" as part of the Appendix to Defendant's Motion for Summary Judgment. |
| v. | Letter to Plaintiff from ECFMG dated August 7, 1990. |
| w. | Results of ECFMG English Examination on July 17-18, 1990. |
| x. | ECFMG Certificate issued October 31, 1990. |
| y. | Plaintiff's TOEFL score from January 1997 and TOEFL Score Report Request Form. |
| z. | Letter from Plaintiff to ECFMG received on March 24, 1997. |
| aa. | Letter from Carmen A. DiPlacido, Director, Office of Citizens Consular Services, United States Department of State, to Plaintiff dated July 16, 1990. |
| bb. | Letter from United States Department of State to Plaintiff dated July 24, 1990. |
| cc. | Letter from ECFMG to Plaintiff dated April 23, 1997. |
| dd. | Letter from ECFMG to Plaintiff dated January 13, 1997. |
| ee. | Letter from ECFMG to Plaintiff dated May 7, 1997. |
| ff. | Letter from ECFMG to Plaintiff dated July 25, 1997. |
| gg. | Plaintiff's resume when Plaintiff was seeking a position as a Medical House Officer or Researcher/PGY-1. |
| hh. | Plaintiff's Complaint dated March 29, 1999. |
| ii. | Plaintiff's Notice of Motion to Amend Complaint dated April 24, 2000. |
| jj. | Memorandum Opinion and Order dated January 4, 2001. |
| kk. | Opinion of 5th Circuit dated December 12, 2001. |
| ll. | Plaintiff's Complaint dated July 6, 2001 |
| mm. | Plaintiff's Initial Statement dated July 26, 2001. |
| nn. | Plaintiff's Amended Complaint[1] |

3. **CONCLUSION:**

Defendant has made a good faith and diligent effort to identify all exhibits as outlined in the Court's scheduling order. However, given that the Plaintiff's allegations are unintelligible, Defendant asks this Court that, should the need arise, Defendant be allowed to amend this Exhibit List. Moreover, Defendant will immediately supplement

---

[1] All of these documents are either part of Defendant's Appendix filed in support of its Motion for Summary Judgment or are pleadings filed in this case.

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' EXHIBIT LIST AND DEPOSITION TESTIMONY – Page 2**

this information should it uncover additional information or documents in its possession that should be disclosed.

                            Respectfully submitted,

                            HENSLEE, FOWLER, HEPWORTH
                            & SCHWARTZ, P.L.L.C.

By: _____
                            Mark C. Roberts II
                            State Bar No. 00788293

6688 North Central Expressway
Suite 850
Dallas, Texas 75206-3913
(214) 219-8833
(214) 219-8866 - Facsimile

ATTORNEYS FOR DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of August 2002, a true and correct copy of the above and foregoing document was served upon the following counsel of record in accordance with the Texas Rules of Civil Procedure.

Jamal Elhaj-Chehade            *Certified Mail, Return Receipt:* 7002 0510 0004 4353 3737
5414 Cedar Springs, #806
Dallas, TX 75235

                                              _____
                                              Mark C. Roberts II

K:\35200\02\pldgs\exhibit list.doc