In the United States District Court for the Northern District of Texas
Dallas Division

(USA and )
Jamal Elhaj-Chehade
    Co- plaintiff
Vs.                                                                                            3:01-CV-01301-L
Educational Commission for Foreign Medical Graduates
Et al   entities and individuals) Defendants

        **Plaintiff's notice to the court, the clerks, the defendants and any party of interests**
        August 16, 2002

This should serve as an official notice of the plaintiff's readiness and appearance for trial on the date set by the court on September 3, 2002. And the plaintiff has established the following phone number for contact 214-526-9381( valid only for trial purpose) in addition to his mailing and e-mail address as heyjam7@yahoo.com

    The plaintiff will submit to the court the original ECFMG 1997 booklets( evidences) and any relevant evidences. However, this filing does not waive or substitute the plaintiff previous requests of pretrial conference in the presence of all parties. In addition, the defendants failed to accommodate the plaintiff requests to have his needs identified( and met) by the defendants before **the end of July 2002** which prove all the defendants violations. And the plaintiff initial relief requests will be at trial is to have his needs identified/met by the defendants( originals will be submitted) before any further proceeding .Other ongoing matters and violations will be afterward.
    In addition this should serve yet as an **additional URGENT** request from the plaintiff to have his needs identified/and met by the defendants.
    Furthermore, This should be used in lieu of any form or service required if any before the trial date

        **Certificate of service and conference**: this is to certify that a true copy of the foregoing and attachment was sent to the defendants attorney on August 16, 2002 both via e-mail( spontaneous delivery) and via USPS at their address of record at 6688 N Central Expwy # 850, Dallas Texas 75206-3913,

    Respectfully submitted
    Dr Jamal Elhaj_chehade, pro-se( tentatively), plaintiff
    5414 Cedar Springs # 806
    Dallas Texas 75235
    e-mail heyjam7@yahoo.com
    214-526-9381(temporary trial contact phone)

1