

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL ELHAJ-CHEHADE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:01-CV-1301-L |
| § | |
| EDUCATIONAL COMMISSION FOR § | |
| FOREIGN MEDICAL GRADUATES, § | |
| § | |
| Defendant. § | |

## JUDGMENT

This judgment is issued pursuant to the court's memorandum opinion and order of August 27, 2002. It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff Dr. Jamal Elhaj-Chehade ("Elhaj-Chehade") take nothing by his suit against Defendant Educational Commission for Foreign Medical Graduates; that this action is hereby dismissed with prejudice against Defendant Educational Commission for Foreign Medical Graduates; that all relief requested by Plaintiff Elhaj-Chehade is denied; that all relief not expressly granted herein is denied; and that all allowable and reasonable costs are taxed against Plaintiff Elhaj-Chehade.

Signed this 27th day of August, 2002.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**